IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA EHRENZELLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| McLANE FOODSERVICE, INC., et al. | : | NO. 13-6872 |

## ORDER

AND NOW, this 28 day of January, 2014, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. Plaintiff's motion to remand (Doc. 3) is **DENIED**.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.